## Christine Williams, Appellee, v. Alton Water Company, Appellant.

opinion filed June 1, 1943. Oehmke & Dunham, for appellant; no appearance for appellee. Opinion by Justice Stone. ''Not to be published in full.''